UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

CR-18-73-GF-BMM

UNITED STATES OF AMERICA,

                Plaintiff,               ORDER

vs.

RONALD ALLEN JORDAN,

                Defendant.

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 29th day of April, 2019.


_____
Brian Morris
United States District Court Judge