**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-73-GF-BMM |
| Plaintiff, | |
| vs. | **JUDGMENT OF ACQUITTAL** |
| RONALD ALLEN JORDAN, *aka Beaver Jordan*, | |
| Defendant. | |

This case having been tried to a jury, and in accordance with the verdict of the jury reached on May 1, 2019, **IT IS ORDERED** that the Defendant is **ACQUITTED** of the charges in the Indictment.

DATED this 1st day of May, 2019.

_____

Brian Morris
United States District Court Judge